

Feb 28, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **13-10007-CR-KING/MCALILEY**

8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1324(a)(1)(A)(v)(I)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

v.

SANDRA VALLES,
ANTONIO MESA RAMIREZ, and
ANDRES DURAN RODRIGUEZ,

   **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning from at least as early as on or about March 31, 2012, the exact date being unknown to the Grand Jury, and continuing through on or about April 4, 2012, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**SANDRA VALLES,
ANTONIO MESA RAMIREZ,
and
ANDRES DURAN RODRIGUEZ,**

did knowingly and willfully conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and

will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

## COUNTS 2-23

On or about April 4, 2012, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**SANDRA VALLES,**
**ANTONIO MESA RAMIREZ,**
**and**
**ANDRES DURAN RODRIGUEZ,**

did knowingly encourage and induce an alien, as set forth in Counts 2 through 23 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Alien |
|---|---|
| 2 | Diego Yenes Machin |
| 3 | Jose Marcelino Yero Roman |
| 4 | Miguel Torres Requejo |
| 5 | Leodan Marrero Castell |
| 6 | Miguel Hernandez Morales |
| 7 | Eduardo Jorge Acosta Escuarido |
| 8 | Reinaldo Perez Farramola |
| 9 | Jany Iglesias Lozano |
| 10 | Gilberto Durades Lahera |
| 11 | Irvin Peralta Fleites |
| 12 | Ruben Mosqueda Placeres |
| 13 | Georgina Alonso Hernandez |

2

| | |
|---|---|
| 14 | Ronal Perez De Armas |
| 15 | Yaroski Ozuna Sotolongo |
| 16 | Marisbel Rodriguez Hernandez |
| 17 | Naiviv Soto Cuellar |
| 18 | Yosmel Morales Cruz |
| 19 | Lisandra Rodriguez Moreno |
| 20 | Yadira Yenes Pons |
| 21 | Ivan Yenes Torres |
| 22 | Alan Duran Rodriguez |
| 23 | Rafael Duran Perez |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and Title 18, United States Code, Section 2.

## CRIMINAL FORFEITURE

1. The allegations contained in Counts 1 through 23, inclusive, of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants have an interest.

2. Upon conviction of a violation of, or conspiracy to violate, Title 8, United States Code, Section 1324, as alleged in this Indictment, the defendants shall forfeit to the United States all of their respective right, title, and interest in the following property:

(a) any conveyance, including any vessel, vehicle or aircraft, used in the commission of such violation; and

(b) any property, real or personal –

3

(i) that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of such violation; or

(ii) that was used to facilitate, or was intended to be used to facilitate the commission of such violation.

3. The property which is subject to forfeiture pursuant to paragraph 2 of the forfeiture allegations, includes, but is not limited to, the following:

a. One 27-foot Mirage, with Florida Registration Number FL6716NX, to include the trailer, engines, all equipment, inventory, and personal effects, which were seized along with the vessel on or about April 4, 2012; and

b. One 25-foot Mako, with Florida Registration Number FL0199GW, to include the trailer, engines, all equipment, inventory, and personal effects.

All pursuant to Title 18, United States Code, Section 982(a)(6), Title 8, United States Code, Section 1324, Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, made applicable through Title 28, United States Code, Section 2461.

A TRUE BILL

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MICHAEL J. GAROFOLA
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

SANDRA VALLES,
ANTONIO MESA RAMIREZ, and
ANDRES DURAN RODRIGUEZ

               **Defendants.**
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami  _X_ Key West
___ FTL    ___ WPB    ___ FTP

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   _3-4_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days      _X_      Petty       ___
   II   6 to 10 days     ___      Minor       ___
   III  11 to 20 days    ___      Misdem.     ___
   IV   21 to 60 days    ___      Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the   _____   District of   _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
MICHAEL J. GAROFOLA
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501559

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SANDRA VALLES

**Case No:** _____

Count: 1

Conspiring to encourage or induce an alien to come to the United States

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

* **Max. Penalty**: 10 Years' Imprisonment

Counts: 2-23

Knowingly encouraging and inducing aliens to come to, enter, and reside in the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv)

* **Max. Penalty**: 5 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **ANTONIO MESA RAMIREZ**

Case No: _____

Count: 1

Conspiring to encourage or induce an alien to come to the United States

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

* **Max. Penalty**: 10 Years' Imprisonment

Counts: 2-23

Knowingly encouraging and inducing aliens to come to, enter, and reside in the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv)

* **Max. Penalty**: 5 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: ANDRES DURAN RODRIGUEZ

Case No:_____

Count: 1

Conspiring to encourage or induce an alien to come to the United States

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

* Max. Penalty: 10 Years' Imprisonment

Counts: 2-23

Knowingly encouraging and inducing aliens to come to, enter, and reside in the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv)

* Max. Penalty: 5 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.